# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHAN HOYE, | ) |
| Petitioner, | ) ) ) CA No. 2: 18-cv-01253 |
| v. | ) ) ) |
| COMMONWEALTH OF ALLEGHENY and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, Respondents. | ) ) ) ) ) |

## ORDER

**AND NOW**, this 25th day of January, 2019, in accordance with the memorandum opinion, the report and recommendation dated October 19, 2018 (ECF No. 7) is **ADOPTED**. The petition is summarily dismissed without prejudice pre-service for failure to exhaust state remedies.

**IT IS FURTHER ORDERED** that no certificate of appealability should issue.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

The Clerk of Court is directed to mark this case closed.

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc: NATHAN HOYE
167618
ALLEGHENY COUNTY JAIL
950 SECOND AVENUE
PITTSBURGH, PA 15219-3100